# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT WALTON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 17-CV-664-SMY-RJD ) |
| MICHAEL SCOTT and ANGEL RECTOR, | ) ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**YANDLE, District Judge:**

This matter is before the Court on the Report and Recommendation ("Report") of United States Magistrate Judge Reona J. Daly (Doc. 51) recommending the granting of the Motion for Summary Judgment filed by Defendants Angela Rector and Michael Scott (Doc. 46). Plaintiff filed a timely objection (Doc. 52). For the following reasons, Judge Daly's Report is **ADOPTED**.

In his pleading, Plaintiff does not assert any specific objections to Judge Daly's Report. Rather, he asserts that he did not respond to Defendants' Motion for Summary Judgment because he never received a copy of the Motion. Plaintiff then discusses an incident involving care he received for a heart attack – an incident unrelated to his current lawsuit.

When no specific objections to a Report and Recommendation are made, the Court need not conduct a *de novo* review of the Report. *See Thomas v. Arn*, 474 U.S. 140 (1985). Instead, the Court reviews the Report and Recommendation for clear error. *Johnson v. Zema Systems Corp.,* 170 F.3d 734, 739 (7th Cir. 1999). The Court may "accept, reject, or modify, in whole or

in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

Although Plaintiff did not file a response to Defendants' Motion, Judge Daly still analyzed whether Defendants were in fact entitled to summary judgment based on the facts presented as required under Federal Rule of Civil Procedure 56(e). She thoroughly discussed and supported her conclusion that Defendants were not deliberately indifferent to Plaintiff's medical needs because his inguinal hernia was regularly monitored and treated. The Court finds no clear error in Judge Daly's findings, analysis or conclusion, and adopts her Report and Recommendation in its entirety.

Accordingly, Defendants' Motion for Summary Judgment (Doc. 46) is **GRANTED** and Plaintiff's claims are **DISMISSED with prejudice**. The Clerk of Court is **DIRECTED** to enter judgment accordingly.

**IT IS SO ORDERED.**

**DATED:** September 26, 2019

**STACI M. YANDLE**
**United States District Judge**